

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 26–50297
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Affirmed Energy LLC
703 Foster Street
Durham, NC 27701–2110
Social Security No.:
Debtor EIN:
82–1460915

---

# NOTICE CORRECTING CASE NUMBER

**PLEASE TAKE NOTICE** that a Chapter 11 case for the above–named debtor(s) was filed on July 18, 2026. This case was opened in an **incorrect division** and assigned case number 26–50297 .

**PLEASE TAKE FURTHER NOTICE** that this case has been assigned a new case number, 26–30969. Please use Case Number 26–30969 on all future documents submitted to the court.

Dated: July 20, 2026                                   Christine F Ramsey
                                                       Clerk of Court

Electronically filed and signed (7/20/26)